*Friday, February 1, 2002*

## DISCIPLINARY DOCKET

**02–65. Disciplinary Counsel v. Baumgartner.**
Upon consideration of relator's motion for leave to file a reply to respondent's memorandum opposing motion for interim remedial suspension,

IT IS ORDERED by the court that the motion be, and hereby is, denied.

Lundberg Stratton, J., dissents.

Resnick, J., not participating.